Prob 12
(Rev. 3/88)



FILED

OCT 29 2007

CLERK U.S. DISTR.
WEST. DIST. OF PE:

UNITED STATES DISTRICT COURT
For The
WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Bryant Hammond                                    Docket No. 97-00030-001 Erie

### Petition on Supervised Release

      COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Bryant Hammond, who was placed on supervision by the Honorable Sean J. McLaughlin sitting in the Court at Erie, Pennsylvania, on the 14th day of April 1998, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic tests thereafter, as directed by the probation officer.
- The defendant shall not possess a firearm.

04-14-98:    Possession With Intent to Distribute Powder Cocaine; 65 months' incarceration, 5 years' supervised release.

01-24-03:    Released to supervision; Currently supervised by United States Probation Officer Matthew L. Rea.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports the following violations:

**The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.**

    The defendant did not report any income on his monthly supervision reports from June 2005 to May 2007. He also did not submit any monthly supervision reports for June 2007, July 2007, or August 2007. The defendant failed to report for scheduled office appointments on January 29, 2007; February 22, 2007; April 24, 2007; May 18, 2007; June 12, 2007; August 21, 2007; and September 25, 2007.

**The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**

    This officer requested the defendant's tax returns for 2004 to 2006 on June 3 and 7, 2005; April 3, 2006; January 16 and 29, 2007; February 20, 2007; May 22 and 29, 2007; and August 28, 2007, to confirm his lawful employment. The defendant did not provide these documents as instructed.

U.S.A. vs. Bryant Hammond
Docket No. 97-00030-001 Erie
Page 2

PRAYING THAT THE COURT WILL ORDER that the earlier petition for a bench warrant be denied, based on the Probation Office rescinding the request for a warrant, and order the supervised releasee to appear in Federal Court, Courtroom No. 2, Second Floor, U.S. Courthouse, Erie, Pennsylvania, with legal counsel on November 19, 07 at 1:30p, to show cause why supervision should not be revoked.

|  |  |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered 30th day of October, 2007 and ordered filed and a part of the records in the above case. | Executed on October 29, 2007 |
| _____ U.S. District Judge | _____ Matthew L. Rea U.S. Probation Officer |
|  | _____ Gerald R. Buban Supervising U.S. Probation Officer |
|  | Place: Erie, PA |